UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:13-cr-363-T-30AEP

ALAIN CEBALLOS-RODRIGUEZ

**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSET**

THIS CAUSE comes before the Court upon the United States' Motion (Doc. 50) for:

(1)  A Forfeiture Money Judgment in the amount of $6,345.17; and

(2)  A Preliminary Order of Forfeiture for a Cadillac CTS Sedan, Vehicle Identification Number 1G6DM577240165952.

Being fully advised of the relevant facts, the Court hereby finds that at least $6,345.17 in proceeds was obtained from the conspiracy and the scheme to which the defendant pled guilty, and that the vehicle is traceable to those proceeds and facilitated those crimes.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 50) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held

jointly and severally liable with any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $6,345.17.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 982(a)(2), 1029(c)(1)(C), and Rule 32.2(b)(2), the vehicle identified above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 17th day of December, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-353 forfeit 50 Alain.docx

2