UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-363-T-30AEP

ALAIN CEBALLOS-RODRIGUEZ

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 70), pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Cadillac CTS Sedan, Vehicle Identification Number 1G6DM577240165952.

On December 17, 2013, the Court entered a $6,345.17 Forfeiture Money Judgment, pursuant to 18 U.S.C. § 982(a)(2), and a Preliminary Order of Forfeiture against the vehicle identified above, pursuant to 18 U.S.C. §§ 982(a)(2) and 1029(c)(1)(C).  Doc. 51.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the vehicle on the official government website, www.forfeiture.gov, from December 18, 2013 through January 16, 2014.  Doc. 55.  The publication gave notice to all third parties with a legal interest in the vehicle to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to

adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the vehicle, and the time for filing a petition has expired. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 70) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the vehicle identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the vehicle is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 18th day of February, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cr-363 forfeit 70.docx

2